**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1222**

---

GERTRUDE CORETTA FENNELL HAMILTON,

Debtor - Appellant,

v.

U. S. BANK NATIONAL ASSOCIATION, as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, by and through its (Servicers): Rushmore Loan Management Services LLC; PHH MORTGAGE SERVICES; OCWEN LOAN SERVICING, LLC; RUSHMORE SERVICING; TRAVIS MENK; GENTRY COLLINS; BRIAN CAMPBELL; ANNE MARIE THRONE; JAMES M. WYMAN,

Creditors - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:23-cv-07104-RMG-MHC)

---

Submitted: April 10, 2025                          Decided: April 14, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gertrude Coretta Fennell Hamilton, Appellant Pro Se. Meredith Coker, Matthew Thor McKee, Diana C. Theologou, MCMICHAEL TAYLOR GRAY, LLC, Peachtree Corners, Georgia, for Appellee U.S. Bank National Association.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gertrude Coretta Fennell Hamilton appeals the district court's orders: (1) denying her motion for recusal of the district court judge, and (2) affirming the bankruptcy court's orders denying her request for relief based on alleged violations of the automatic stay and denying her request to certify that denial for direct appeal to this court. U.S. Bank National Association has moved to dismiss the appeal, and Hamilton has moved for summary disposition. We deny these motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Hamilton v. U.S. Bank Nat'l Ass'n*, No. 2:23-cv-07104-RMG-MHC (D.S.C. Feb. 29, & Mar. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*